IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

DOUGLAS MYERS; TERESA MYERS,

      Plaintiffs,

v.

HIGHLANDS AT VISTA RIDGE HOMEOWNERS ASSOCIATION, INC.; KAY HENDERSON; DENNIS KINNEY; ROGER STOCKSTAD,

      Defendants.

No. 6:20-cv-00562-MK

**ORDER**

AIKEN, District Judge.

This case comes before the Court on a Findings and Recommendation filed by Magistrate Judge Mustafa Kasubhai on September 8, 2022. ECF No. 52. Judge Kasubhai recommends that Defendants' Motion for Summary Judgment, ECF No. 38, be GRANTED in part and DENIED in part.

Under the Federal Magistrates Act, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). If a party files objections to a magistrate judge's findings and recommendations, "the court shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.*; Fed. R. Civ. P. 72(b)(3).

For those portions of a magistrate judge's findings and recommendations to which neither party has objected, the Act does not prescribe any standard of review. *See Thomas v. Arn*, 474 U.S. 140, 152 (1985) ("There is no indication that Congress, in enacting [the Act], intended to require a district judge to review a magistrate's report to which no objections are filed."). Although no review is required in the absence of objections, the Magistrates Act "does not preclude further review by the district judge[] *sua sponte* . . . under a *de novo* or any other standard." *Id.* at 154. The Advisory Committee Notes to Fed. R. Civ. P. 72(b) recommend that "[w]hen no timely objection is filed," the court should review the recommendation for "clear error on the face of the record."

In this case, there are no objections and the Court has reviewed the F&R and finds no error. The F&R is therefore ADOPTED and Defendants' Motion for Summary Judgment is GRANTED in part and DENIED in part as set forth in the F&R.

It is so ORDERED and DATED this  23rd  day of September 2022.

      /s/Ann Aiken
      ANN AIKEN
      United States District Judge